# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | System One Holdings LLC | 11/30/2022 | Wire | $ 28,272.60 |
| Akorn Operating Company, LLC | System One Holdings LLC | 12/9/2022 | Wire | $ 8,911.06 |
| Akorn Operating Company, LLC | System One Holdings LLC | 1/27/2023 | Wire | $ 8,947.20 |
| | | | | $ 46,130.86 |